427 A.2d 1228

Commonwealth v. Newland, Appellant.

Argued August 28, 1979.  Peter F. Troglio, for appellant;  James F. Conti, Assistant District Attorney, for Commonwealth, appellee.

* Judge Donald E. Wieand is sitting by special designation.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Order affirmed.